**James Albert BROWN, Plaintiff–Appellant,**

v.

**UNITED STATES of America, Defendant–Appellee.**

**No. 02–7011.**

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 18, 2002.

Decided Nov. 26, 2002.

James Albert Brown, Appellant Pro Se. Nancy Chastain Wicker, Office of the United States Attorney, Columbia, South Carolina, for Appellee.

Before DIANA GRIBBON MOTZ, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

James Brown appeals the district court's order denying his petition for a writ of quo warranto. We conclude Brown was required to challenge his conviction and sentence via a 28 U.S.C. § 2255 (2000) motion, or, if that remedy proved inadequate or ineffective, by filing a petition pursuant to 28 U.S.C. § 2241 (2000). Thus, Brown was not entitled to a writ of quo warranto. Accordingly, we affirm the district court's judgment denying Brown's petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*